IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CHRISTOPHER GERALD RYAN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the defendant's oral motion,

IT IS ORDERED that the defendant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (filing 41) is dismissed.

DATED: April 18, 2005.          BY THE COURT:

                                s/ Richard G. Kopf
                                United States District Judge